**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Aguar Mendoza-Aracen**<br>YOB: 1986; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-01665MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 29, 2020, at or near Whetstone, in the District of Arizona, **Aguar Mendoza-Aracen**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Harlingen, Texas on February 10, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Aguar Mendoza-Aracen** is a citizen of Mexico. On February 10, 2020, **Aguar Mendoza-Aracen** was lawfully denied admission, excluded, deported and removed from the United States through Harlingen, Texas. On April 29, 2020, agents found **Aguar Mendoza-Aracen** in the United States at or near Whetstone, Arizona, without the proper immigration documents. **Aguar Mendoza-Aracen** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LMG2/JJO<br>AUTHORIZED AUSA /s/ Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br>JOHN J O CONNOR III  Digitally signed by JOHN J O CONNOR III  Date: 2020.04.30 10:14:36 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>John J. O'Connor<br>Border Patrol Agent |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 30, 2020 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54